UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIIIISION

UNITED STATES OF AMERICA

v.  CASE NO. 3:21-cr-94-TJC-PDB
    Ct. 1: 21 U.S.C. § 841(a)(1) and
ANDRE DOBBINS        18 U.S.C. § 2

## INDICTMENT

The Grand Jury charges:

### COUNT ONE

On or about March 20, 2019, in the Middle District of Florida and elsewhere, the defendant,

ANDRE DOBBINS,

did knowingly and intentionally distribute and aid and abet the distribution of a controlled substance, which violation involved 50 grams or more of methamphetamine (actual), a Schedule II controlled substance, and is therefore punished under 21 U.S.C. § 841(b)(1)(A).

In violation of 21 U.S.C. § 841(a)(1) and 18 U.S.C. § 2.

### FORFEITURE

1. The allegations contained in Count One is incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of 21 U.S.C. § 853.

2. Upon conviction of a violation of 21 U.S.C. § 841(a)(1), the

defendant shall forfeit to the United States, pursuant to 21 U.S.C. § 853(a)(1) and (2), any property constituting, or derived from, any proceeds the defendants obtained, directly or indirectly, as a result of such violation, and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violation.

3. If any of the property described above, as a result of any acts or omissions of the defendants:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property, which cannot be divided without difficulty,

the United States shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p).

A TRUE BILL,

_____
Foreperson

KARIN HOPPMANN
Acting United States Attorney

By: _____
Tysen Duva
Assistant United States Attorney

By: _____
Frank Talbot
Assistant United States Attorney
Chief, Jacksonville Division

FORM OBD-34
9/7/21 Revised

No.
# UNITED STATES DISTRICT COURT
## Middle District of Florida
## Jacksonville Division

THE UNITED STATES OF AMERICA

v.

ANDRE DOBBINS

## INDICTMENT

Violations: Ct. 1: 21 U.S.C. § 841(a)(1) and 18 U.S.C. § 2

A true bill,

_____
Foreperson

Filed in open court this 8th day of September, 2021.

_____
Clerk

Bail $_____
GPO 863 525